## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

ANDREW ANTHONY MCINTOSH, #79436                          PLAINTIFF

VERSUS                              CIVIL ACTION NO. 4:08-cv-93-TSL-LRA

BART GRIMES, PHADELL CASSIDY,
UNKNOWN GALLESPIE AND JOYCE GRAHAM                        DEFENDANT


FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration

of dismissal.  Pursuant to the memorandum opinion and order

issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is

hereby, dismissed without prejudice.

This the 16th   day of September, 2008.


                    /s/Tom S. Lee
                    UNITED STATES DISTRICT JUDGE